# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

|  |  |  |
|---|---|---|
| Charles Durham, | ) | |
| *Plaintiff* | ) | Civil Action No.    6:17-cv-00973-MGL |
| v. | ) | |
| 84 Lumber, Inc., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: the defendant's motion to dismiss is granted without opposition.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   September 18, 2017                    *ROBIN L. BLUME, CLERK OF COURT*

                                             s/Ashley Buckingham
                                        *Signature of Clerk or Deputy Clerk*